# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 12, 2010

No. 08-30727
Summary Calendar

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MARCUS JONES, also known as Mac Daddy

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:99-CR-50046-1

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Marcus Jones, federal prisoner # 10250-035, was sentenced to 188 months in prison after pleading guilty to conspiracy to possess with intent to distribute 50 grams or more of crack cocaine and five kilograms or more of powder cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846.  Following amendments to the Sentencing Guidelines governing crack offenses, the district court reduced Jones's sentence to 151 months in prison, the lowest point in the amended guidelines range.  Jones appeals that he should have received an even shorter

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 08-30727

modified sentence, but our recent decisions concerning 18 U.S.C. § 3582(c)(2) proceedings foreclose Jones's various challenges to the district court's judgment.[1]

AFFIRMED.

---

[1] *See United States v. Cooley*, 590 F.3d 293, 297–98 (5th Cir. 2009); *United States v. Evans*, 587 F.3d 667, 671–74 (5th Cir. 2009); *United States v. Doublin*, 572 F.3d 235, 237–39 (5th Cir.), *cert. denied*, 130 S. Ct. 517 (2009).